**DISMISS; and Opinion Filed February 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01021-CV

**BORMIO INVESTMENTS, INC., Appellant**
**V.**
**BEAL BANK S.S.B., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02044**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Brown

Appellants' brief in this case is overdue. By postcard dated October 14, 2015, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file its brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Ada Brown/
ADA BROWN
JUSTICE

141021F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BORMIO INVESTMENTS, INC., Appellant

No. 05-14-01021-CV     V.

BEAL BANK S.S.B., Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-02044.
Opinion delivered by Justice Brown. Justices Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BEAL BANK S.S.B. recover its costs of this appeal from appellant BORMIO INVESTMENTS, INC..

Judgment entered this 10th day of February, 2015.